FILED
At Albuquerque NM

MAR 28 2017

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 17-832 MCA |
| Plaintiff, ) | |
| ) | 18 U.S.C. §§ 2243(a) and 2246(2)(B): |
| vs. ) | Sexual Abuse of a Minor or Ward. |
| ) | |
| **ANDRE LOPES**, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about April 6, 2012, in or around Yokota Air Base, Fussa, Japan, within the special maritime and territorial jurisdiction of the United States, the defendant, **ANDRE LOPES**, did knowingly engage in and attempt to engage in a sexual act with Jane Doe, a child who had attained the age of twelve (12) years but had not attained the age of sixteen (16) years, and the sexual act consisted of contact between the defendant's penis and Jane Doe's mouth.

In violation of 18 U.S.C. §§ 2243(a) and 2246(2)(B).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

03/20/17  1:50PM